1  STEVEN G. KALAR
   Federal Public Defender
2  DIANA A. GARRIDO
   Assistant Federal Public Defender
3  160 West Santa Clara Street
   Suite 575
4  San Jose, CA 95113
   Telephone: (408) 291-7753
5
   Counsel for Defendant CAZARES-CASTANEDA
6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10 UNITED STATES OF AMERICA,         )   No. CR 13-00250 EJD
                                     )
11              Plaintiff,           )   STIPULATION AND [PROPOSED]
                                     )   ORDER CONTINUING HEARING DATE
12 vs.                               )   AND EXCLUDING TIME UNDER THE
                                     )   SPEEDY TRIAL ACT
13 JESUS CAZARES-CASTANEDA,          )
                                     )
14              Defendant.           )
                                     )
15 _____ )

16      The defendant, Jesus Cazarez-Castaneda, represented by Assistant Federal Public

17 Defender Diana A. Garrido, and the government, represented by Special Assistant United States

18 Attorney Meredith J. Edwards, hereby stipulate that, with the Court's approval, the status

19 conference currently set for Monday, May 20, 2013 at 1:30 p.m., shall be continued to Monday,

20 June 17, 2013 at 1:30 p.m.

21      The continuance is requested to provide both defense counsel and the government with

22 additional time to obtain and review discovery and to negotiate an appropriate resolution. The

23 continuance would provide both parties with the reasonable time necessary for effective

24 preparation. Accordingly, both parties respectfully request that the time between May 20, 2013

25 and June 17, 2013 be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and

26 (B)(iv).

Dated: May 16, 2013

          STEVEN G. KALAR
          Federal Public Defender

          /s/
          DIANA A. GARRIDO
          Assistant Federal Public Defender

Dated: May 16, 2013

          MELINDA HAAG
          United States Attorney

          /s/
          MEREDITH J. EDWARDS
          Special Assistant United States Attorney

**[PROPOSED] ORDER**

Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that the status conference be continued from May 20, 2013 to June 24, 2013. The Court FURTHER ORDERS that the time between May 20, 2013 and June 24, 2013 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: May 17, 2013

THE HONORABLE EDWARD J. DAVILA
United States District Judge